UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA
AT ERIE

JAMAL JONES,

    Petitioner,

v.

WARDEN MONICA RECKTENWALD,

    Respondent.

Civil Action No. 1:16-cv-00262-BR-SPB

**ORDER**

## ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE

The Court, having considered the Report and Recommendation of Magistrate Judge Susan Paradise Baxter, and the balance of the record, **HEREBY ORDERS**:

1. The Court **ADOPTS** the Report and Recommendation;
2. The Petition for Writ of Habeas Corpus is **DENIED**;
3. This case is **CLOSED**; and
4. The clerk shall send copies of this Order to the parties.

**IT IS SO ORDERED.**

DATED: January 18, 2017

BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE